# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18 CR 00271 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | **MOTION FOR LEAVE TO** |
| | ) | **WITHDRAW AS COUNSEL** |
| | ) | |
| JERMAINE WILLIS, | ) | |
| | ) | |
| Defendant. | ) | |

    Counsel for the Defendant, who despite the cogent, indeed compelling forthright representation, previously provided, has recently encountered a view that suggests the Defendant is dissatisfied with Counsels' performance his Counsel.  Indeed, despite several conversations with the Client, various Court appearances, and numerous meetings with the Client throughout his incarceration, the Client is convinced he has been neglected and that other Counsel would be more attentive and supportive. As to this, our belief is that, in reality, the Client really cannot afford Counsels' services. Hence, he should have other Counsel represent him; this to insure he gets the result he seeks in this matter.

    Respectfully submitted,

/s/ *James R. Willis*_____
**JAMES R. WILLIS, ESQ.**
**Reg. No. 0032463**
614 West Superior Avenue, Ste. 1144
Cleveland, OH 44113

(216) 523-1100
(216) 861-4161 (Fax)

/s/ *Clarissa A. Smith*_____
**CLARISSA A. SMITH, ESQ.**
**Reg. No. 0095891**
614 West Superior Avenue, Ste. 1144
Cleveland, OH 44113
(216) 309-1784
(216) 274-9915 (Fax)

**Attorneys for Jermaine Willis**

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2018, a copy of the foregoing *Motion for Leave to Withdraw as Counsel* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/ *Clarissa A. Smith*_____
**CLARISSA A. SMITH, ESQ.**
**Reg. No. 0095891**

/s/ *James R. Willis*_____
**JAMES R. WILLIS, ESQ.**
**Reg. No. 0032463**

**Attorneys for Jermaine Willis**